Submitted on record and briefs March 3, reversed and remanded April 16, 1997

WILLIAM R. WERLINGER,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(96C-10702; CA A92378)

936 P2d 404

D. Olcott Thompson filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Christine Chute, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded. *Meadows v. Schiedler*, 143 Or App 213, 924 P2d 314 (1996).